**STATE of Missouri, Respondent,**

v.

**Neal A. DAVIS, Appellant.**

**Neal A. DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 45212, WD 46590.**

Missouri Court of Appeals, Western District.

June 15, 1993.

Brad B. Baker, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction for robbery in the first degree § 569.020, RSMo 1986, and sentence of thirty years imprisonment and armed criminal action, § 571.015, RSMo 1986, and sentence of thirty years imprisonment with sentences to run consecutively.

Appeal from judgment denying relief under Rule 29.15. Judgments affirmed. Rules 84.16(b) and 30.25(b).